IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
(Charlotte Division)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **JAMES W. ALTIZER** | ) | Case No. 16-31471 |
| | ) | |
| Debtor. | ) | |

## REPORT OF VOTING ON PLAN OF REORGANIZATION

The above-named debtor, by and through the undersigned counsel, respectfully submit the following as a report of ballots received for each class of claims and interest holders entitled to vote and included in the *Plan of Reorganization*:

| Class | Creditor Name | Amount of Claim | Vote |
|---|---|---|---|
| 6 | Hitachi Capital America Corp. d/b/a Creekridge Capital | $99,964.10 | ACCEPTS |
| 7 | Wells Fargo Bank, N.A. | $1,034,239.41 | ACCEPTS |

| Class Summary | | Number | Amount |
|---|---|---|---|
| **Class 1** | No Ballots Cast | | |
| **Class 2** | No Ballots Cast | | |
| **Class 3** | No Ballots Cast | | |
| **Class 4** | No Ballots Cast | | |
| **Class 5** | No Ballots Cast | | |
| **Class 6** | Total Acceptances | 1 | $99,964.10 |
| | Total Rejections | 0 | |
| **Class 7** | Total Acceptances | 1 | $1,034,239.41 |
| | Total Rejections | 0 | |
| **Class 8** | No Ballots Cast | | |
| **Class 9** | No Ballots Cast | | |

From the foregoing, it is respectfully submitted that the Plan Proponent has received the requisite acceptances for confirmation of its Plan of Reorganization. Attached hereto as **Group Exhibit 1** are true and correct copies of the ballots cast on the Plan of Reorganization.

This the 27th day of March, 2017.

**MOON WRIGHT & HOUSTON, PLLC**

*/s/ Richard S. Wright*
Richard S. Wright (Bar No. 24622)
121 West Trade Street, Suite 1950
Charlotte, North Carolina 28202
Telephone: (704) 944-6560
*Counsel for the Debtor*

MWH: 10352.001; 00017248.1